**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN DANIELLE BULLARD, | No. C 09-04772 JW (PR) |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO FILE *IN FORMA PAUPERIS* APPLICATION |
| vs. | |
| J .R. BEMROSE, | |
| Defendant. | (Docket No. 5) |

On October 6, 2009, plaintiff filed this pro se civil rights action along with an application to proceed in forma pauperis. The same day, the clerk of the Court sent a notification to plaintiff that the application was insufficient because plaintiff did not use the correct form. (Docket No. 3.) On October 19, 2009, plaintiff filed a motion for extension of time to file the in forma pauperis application. (Docket No. 5.) Good cause appearing, plaintiff's motion is GRANTED. Plaintiff must submit a completed In Forma Pauperis Application using this court's current form **within thirty (30) days** from the date this order is filed.

**Failure to do respond in accordance with this order will result in dismissal of this case without prejudice for failure to pay the filing fee without further notice to plaintiff.**

Order Granting Extension of Time to file IFP
P:\PRO-SE\SJ.JW\CR.09\Bullard04772_ifp-eot.wpd

1  The Clerk shall include two blank copies of the court's <u>In</u> <u>Forma</u> <u>Pauperis</u>
2  Application with a copy of this order to plaintiff.

4  DATED: November 3, 2009

                                      JAMES WARE
                                      United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EFREN D. BULLARD,

        Plaintiff,

  v.

J. R. BEMROSE,

        Defendant.

Case Number: CV09-04772 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/5/2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Efren Danielle Bullard K-06415
Pelican Bay State Prison
P. O. Box 7500
Crescent City, CA 95532

Dated: 11/5/2009

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk