United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

EFREN DANIELLE BULLARD,

Plaintiff,

v.

J. BEMROSE, et al.,

Defendants.
_____________________________________/

No. 3:09-CV-4772 RS (NJV)

ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of EFREN DANIELLE BULLARD, inmate no. K06415, presently in custody at California Correctional Institution, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: January 24, 2012

NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: Michael Stainer, Warden

GREETINGS

WE COMMAND that you have and produce the body of EFREN DANIELLE BULLARD in your custody in the hereinabove-mentioned institution, at Solano State Prison, at 9:00 a.m. on March 8, 2012, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of BULLARD V. BEMROSE, et al, and at the termination of said hearing return him forthwith

United States District Court
For the Northern District of California

to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: January 24, 2012

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
Administrative Law Clerk

Dated: January 24, 2012

NANDO[R J. VADAS]
United S[tates Magistrate Judge]



United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

EFREN DANIELLE BULLARD,

Plaintiff,

v.

J. BEMROSE, et al.,

Defendants.
_____________________________________/

No. 3:09-CV-5434 EMC (NJV)

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 24, 2012, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Efren Danielle Bullard
K-06415
California Correctional Institution
P.O. Box 1906
Tehachapi, CA 93581

/s/ Linn Van Meter
_____________________________
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas