United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| EFREN DANIELLE BULLARD,<br><br>    Plaintiff,<br><br>  v.<br><br>J. BEMROSE, et al.,<br><br>    Defendants.<br>_____/ | No. C 3:09-CV- 4772 RS (NJV)<br><br>ORDER VACATING SETTLEMENT CONFERENCE AND WRIT IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |

The Court entered an order on January 24, 2012, setting this case for a settlement conference on March 8, 2012, at Solano State Prison. (Docket No. 97.) Also on January 24, 2012, the Court issued a writ of habeas corpus ad testificandum for the presence of Plaintiff at the settlement conference. (Docket No. 98.) The Court has now been informed by the CDCR that Plaintiff cannot be accommodated at Solano State Prison. Accordingly, the settlement conference set for March 8, 2012, and the writ of habeas corpus ad testificandum issued January 24, 2012, are both HEREBY VACATED. The settlement conference will be reset at California Correctional Institution when it can be accommodated in the Court's schedule.

IT IS SO ORDERED.

Dated: February 1, 2012

                                                                NANDOR J. VADAS
                                                                United States Magistrate Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

EFREN DANIELLE BULLARD,　　　　　　　　　　No. C 3:09-CV-09-4772 RS (NJV)

　　　　　Plaintiff,

　　v.　　　　　　　　　　　　　　　　　　　　CERTIFICATE OF SERVICE

,J. BEMROSE, et al.

　　　　　Defendants.
_____/

I, the undersigned, hereby certify that on February 1, 2012, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Efren Danielle Bullard
K-06415
California Correctional Institution
P.O. Box 1906
Tehachapi, CA 93581

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas