UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| EFREN DANIELLE BULLARD,<br><br>    Plaintiff,<br>v.<br>J. BEMROSE, et al.,<br><br>    Defendants.<br>_____/ | No. C 3:09-CV- 4772 RS (NJV)<br><br>ORDER DENYING REQUEST FOR TRANSFER OF PERSONAL PROPERTY<br>(Doc. 100.) |

On February 1, 2012, the Court entered an order vacating the settlement conference previously set to be held at Solano State Prison. (Docket No. 99.) The Court informed the parties that the settlement conference will be reset at California Correctional Institution when it can be accommodated in the Court's schedule. *Id.* On February 10, 2012, Plaintiff filed a request to have personal property transferred along with him to the settlement conference at Solano State Prison. (Docket No. 100.) Because the settlement conference at Solano State Prison has been vacated, Plaintiff's request has become moot. Accordingly, it is hereby DENIED.

IT IS SO ORDERED.

Dated: February 14, 2012

                                                         NANDOR J. VADAS<br>                                                       United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| EFREN DANIELLE BULLARD, | No. C 3:09-CV-09-4772 RS (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| ,J. BEMROSE, et al. | |
| Defendants. / | |

I, the undersigned, hereby certify that on February 14, 2012, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Efren Danielle Bullard
K-06415
California Correctional Institution
P.O. Box 1906
Tehachapi, CA 93581

/s/ *Linn Van Meter*
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2