**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| EFREN DANIELLE BULLARD,<br><br>　　　Plaintiff,<br><br>　v.<br><br>J. BEMROSE, et al.,<br><br>　　　Defendants.<br>_____/ | No. C 3:09-CV- 4772 RS (NJV)<br><br>ORDER VACATING<br>SETTLEMENT CONFERENCE<br>AND REQUIRING MEET AND CONFER |

　　　This case is set for a settlement conference at 2:00 p.m. on May 29, 2012, at the California Correctional Institution in Tehachapi, California. That settlement conference is HEREBY VACATED.

　　　The Deputy Attorney General representing Defendants is ORDERED to meet and confer telephonically with Plaintiff to discuss settlement of this case. The legal representative of the CDCR must be present at this telephonic meeting with Plaintiff.

　　　The matter is set for a telephonic status conference on Tuesday, June 5, 2012, at 1:30 p.m. The Deputy Attorney General shall provide for the telephonic appearance of Plaintiff at that status conference. The parties shall dial 888-684-8852, enter access code 1868782 and security code 7416. At the status conference, the parties shall report on the outcome of their meeting regarding settlement. IT IS SO ORDERED.

Dated: May 24, 2012

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　NANDOR J. VADAS
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| EFREN DANIELLE BULLARD,<br><br>    Plaintiff,<br><br>  v.<br><br>,J. BEMROSE, et al.<br><br>    Defendants.<br>_____/ | No. C 3:09-CV-09-4772 RS (NJV)<br><br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that on May 24, 2012, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Efren Danielle Bullard
K-06415
California Correctional Institution
P.O. Box 1906
Tehachapi, CA 93581

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2