*E-Filed 10/16/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EFREN DANIELLE BULLARD,                          No. C 09-4772 RS (PR)

        Plaintiff,

        v.                                       **ORDER REFERRING THE ACTION FOR MEDIATION**

J. BEMROSE, et al.,

        Defendants.
_____/

     This is a federal civil rights action.  One attempt at mediating a settlement was not successful.  The Court believes that a second attempt is warranted.  The action, which now consists only of the claims against defendant Bemrose, will be referred to Magistrate Judge Nandor Vadas for purposes of mediation pursuant to the Pro Se Prisoner Mediation Program. The proceedings will consist of one or more conferences as determined by the mediator. They shall take place within 180 days of the date this order is filed.  Judge Vadas shall coordinate a time and date for the mediation proceedings with all interested parties and/or their representatives and, within 180 days after the conclusion of the mediation, file a report for the prisoner mediation proceedings.

     Plaintiff's motion for an extension of time (Docket No. 110) is DENIED without prejudice.  The Clerk shall terminate Docket No. 110, and forward a copy of this order to Judge Vadas's chambers.

     **IT IS SO ORDERED**.

DATED:  October 16, 2012

_____
RICHARD SEEBORG
United States District Judge

United States District Court
For the Northern District of California