IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN DANIELLE BULLARD,<br><br>  Plaintiff,<br><br>    v<br><br>J. BEMROSE,<br><br>  Defendants. | Case No. C 09-4772 RS (NJV)<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on February 8, 2013 in San Francisco. The results of that proceeding are indicated below:

(1)  The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

  ☒ Plaintiff by phone

  ☐ Warden or warden's representative

  ☒ Office of the California Attorney General, Scott Feudale and Jose Zelidon-Zepeda

  ☒ Other: California Department of Corrections and Rehabilitation, Patricia Lee

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☒ The case has been completely settled. A telephone conference is scheduled for March 12. 2013 at 1:00 p.m. regarding status of the settlement.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☐ The parties are unable to reach an agreement at this time.

Date: 2/8/13

Nandor J Vadas
United States Magistrate Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Bullard                                          Case Number: C 09-4772 RS (NJV)

      Plaintiff,                             CERTIFICATE OF SERVICE

  v.

Bemrose
              Defendant.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 8, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Efren Danielle Bullard**
K-06415
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated:February 8, 2013          RICHARD W. WIEKING, CLERK

                                              By:/s/_____
                                              Gloria Masterson, Deputy Clerk