KAMALA D. HARRIS
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General
SCOTT J. FEUDALE
Deputy Attorney General
State Bar No. 242671
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5871
  Facsimile: (415) 703-5843
  E-mail: Scott.Feudale@doj.ca.gov
*Attorneys for Defendants Bemrose, Higgerson, Michelson, J. Barneberg, D. Barneberg, Jacquez, Jackson, and Hernandez*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| EFREN DANIELLE BULLARD,<br><br>                    Plaintiff,<br><br>v.<br><br>J. BEMROSE, et al.,<br><br>                    Defendants. | Case No. C 09-4772 RS<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

Plaintiff Efren Danielle Bullard and Defendants J. Bemrose, Et Al. have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Dated: 2/8/2013

*signature*

Efren Bullard

Plaintiff, Pro Se

1

Dated: 2/8/13

Scott J. Feudale
Deputy Attorney General
California Attorney General's Office
*Attorney for Defendants Bemrose, Higgerson, Michelson, J. Barneberg, D. Barneberg, Jacquez, Jackson, and Hernandez*

In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file. **IT IS SO ORDERED**.

Dated: 6/5/13

The Honorable Richard G. Seeborg
United States District Judge

SF2010400700
CLS Blanks for USDC.rtf

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 09-4772 RS)