```
 1  KAMALA D. HARRIS
    Attorney General of California
 2  WILLIAM C. KWONG
    Supervising Deputy Attorney General
 3  SCOTT J. FEUDALE
    Deputy Attorney General
 4  State Bar No. 242671
     455 Golden Gate Avenue, Suite 11000
 5   San Francisco, CA 94102-7004
     Telephone: (415) 703-5871
 6   Facsimile: (415) 703-5843
     E-mail: Scott.Feudale@doj.ca.gov
 7  Attorneys for Defendants Bemrose, Higgerson, Michelson, J.
    Barneberg, D. Barneberg, Jacquez, Jackson, and Hernandez
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| EFREN DANIELLE BULLARD,<br><br>Plaintiff,<br><br>v.<br><br>J. BEMROSE, et al.,<br><br>Defendants. | Case No. C 09-4772 RS<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>(Fed. R. Civ. P. 41(a)(1)(A)(ii)) |

Plaintiff Efren Danielle Bullard and Defendants J. Bemrose, Et Al. have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Dated: 2/8/2013       /s/ Bullard
                      Efren Bullard
                      Plaintiff, Pro Se

1

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 09-4772 RS)

Dated: 2/8/13

_____
Scott J. Feudale
Deputy Attorney General
California Attorney General's Office
*Attorney for Defendants Bemrose, Higgerson, Michelson, J. Barneberg, D. Barneberg, Jacquez, Jackson, and Hernandez*

In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file. **IT IS SO ORDERED**.

Dated:   6/5/13

_____
The Honorable Richard G. Seeborg
United States District Judge

SF2010400700
CLS Blanks for USDC.rtf

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 09-4772 RS)